IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-03163-01-CR-S-DW |
| | ) | |
| JASON ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge James C. England's Report and Recommendation denying Defendant's Motion to Suppress Evidence. Defendant did not file objections to the Report and Recommendation. After an independent review of the record, applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to Suppress.

IT IS SO ORDERED.

Date:  September 15, 2006                         /s/ DEAN WHIPPLE
                                                                  Dean Whipple
                                                          United States District Court